**Linda Ann TYLER, Plaintiff–Appellant,**

**v.**

**William M. WATES, Mail Clerk; Debra Drennen, Class Chairman; Monica Counts, State Class Supervisor; Michael Ospshal, Cooper Trust Account; Geraldine P. Miro, Assistant Director; Queen E. Hurley, Sergeant; Mary J. Tinch, Sergeant; Edna Faggart, Business Manager; Jeffrey Deshae Price, Sergeant; Debra Alston, Captain; Diantha Litwer, Grievance Coordinator, Defendants–Appellees.**

No. 03–7187.

United States Court of Appeals,
Fourth Circuit.

Submitted Nov. 26, 2003.

Decided Dec. 23, 2003.

Linda Ann Tyler, Appellant Pro Se. Steven Michael Pruitt, McDonald, Patrick, Tinsley, Baggett & Poston, Greenwood, South Carolina, for Appellees.

Before WIDENER, MICHAEL, and TRAXLER, Circuit Judges.

## OPINION

PER CURIAM.

Linda Ann Tyler appeals the district court's order dismissing her 42 U.S.C. § 1983 (2000) complaint. The district court referred this case to a magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) (2000). The magistrate judge recommended that relief be denied and advised Tyler that failure to file timely, specific objections to this recommendation could waive appellate review of a district court order based upon the recommendation.

Despite this warning, Tyler filed only general objections. She made general complaints about the magistrate judge's handling of the case, but she did not state how the magistrate judge's actions prejudiced her. Importantly, she did not dispute that she failed to submit evidence in contravention of the Defendants' motion for summary judgment; she did not allege that she actually suffered a physical injury; she did not mention any Defendants by name; and she did not show how her allegations rose to constitutional levels.

A general objection to the entirety of the magistrate judge's report is tantamount to a failure to object. *Howard v. Secretary of HHS*, 932 F.2d 505, 508–09 (6th Cir.1991). A failure to object waives appellate review. *Wells v. Shriners Hosp.*, 109 F.3d 198, 201 (4th Cir.1997). As Tyler waived appellate review by failing to file specific objections after receiving proper

notice, we affirm the judgment of the district court.

We dispense with oral argument, because the facts and legal contentions are adequately presented in the materials before the district court and argument would not aid the decisional process.

*AFFIRMED.*